UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERRELL DAVONTE SNELL,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:20-cr-00113

# REPORT AND RECOMMENDATION

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on January 8, 2021, after receiving the written consent of defendant and all counsel. At the hearing, defendant Jerrell Davontae Snell entered a plea of guilty to Count 1 of the Indictment in exchange for the undertakings made by the government in the written plea agreement. Count 1 of the Indictment charges defendant with distribution of 5 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii).

On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, I recommend that defendant's plea of guilty to Count 1 of the Indictment be accepted, and that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

Date: January 8, 2021                    /s/ Phillip J. Green_____
                                         PHILLIP J. GREEN
                                         United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the plea hearing. See W.D. MICH. L.CR.R. 11.1(d).